IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEST, and PAMELA WEST,<br><br>Plaintiffs,<br><br>v.<br><br>MEDTRONIC INC., MEDTRONIC PUERTO RICO, INC., and MEDTRONIC PUERTO RICO OPERATIONS COMPANY,<br><br>Defendants. | No. C 07-05697 WHA<br><br>**ORDER STAYING PROCEEDINGS PENDING DECISION BY JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION** |

This action will appear before the judicial panel on multi-district litigation on pending motions for transfer. In the interest of conserving judicial resources, proceedings before this Court are stayed pending decision by the multi-district litigation judicial panel.

**IT IS SO ORDERED.**

Dated: January 16, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE