**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 4, 2008

US District Court
District of Minnesota
Office of the Clerk
300 S. Fourth St., Rm. 202
Minneapolis, MN 55415

RE: CV 07-05697 WHA  WILLIE WEST-v-MEDTRONIC INC.

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒ Certified copy of docket entries.

☐ Certified copy of Transferral Order.

☐ Original case file documents.

☒ Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by:  Susan Imbriani
Case Systems Administrator

Enclosures
Copies to counsel of record